

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| El Paso Central Appraisal District, | § | No. 08-17-00003-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| Hawkins & I-10 Acquisition Co., LP, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016DTX0495) |
| | § | |

**O R D E R**

Pending before the Court is Appellee's motion to dismiss the appeal as moot. The Court has determined that it will hear the appeal on the merits. Consequently, the motion to dismiss is DENIED. Appellee may re-urge the mootness argument in its brief.

IT IS SO ORDERED this 14th day of March, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.